UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

OSCILLOSCOPE PICTURES, INC.,

                              Plaintiff,

      - against -

DEAFUEH MONBO, et al.,

                             Defendants.
-------------------------------------------------------------------X

**ORDER**
CV-17-7458 (MKB)

**TISCIONE, Magistrate Judge:**

       Plaintiff's Motion for Service by Publication and Extension to Serve Process [12] is granted. For the reasons set forth in the memorandum of law in support of the motion and attached exhibits, the Court finds good cause for allowing service by alternative means.  Accordingly, the time to complete service is extended for an additional 90 days and Plaintiff is authorized to serve defendants by email; Twitter; and first class mail to Defendants' last known residential address, last known business address and business Post Office Box.  The Court finds that using all three methods of service to be "reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present the objections."  Sheldon v. Plot Commerce, 2016 U.S. Dist. LEXIS 116135, **19-20 (E.D.N.Y. 2012) (quoting DPWN Holdings (USA), Inc. v. United Air Lines, 871 F. Supp. 2d 143, 154 (E.D.N.Y. 2012).

       **SO ORDERED.**

                                                        s/
                                          **STEVEN L. TISCIONE**
                                          **UNITED STATES MAGISTRATE JUDGE**

Dated:  March 13, 2018
       Brooklyn, New York

Case 1:17-cv-07458-MKB-ST   Document 13   Filed 03/13/18   Page 2 of 2 PageID #: 315