# DNL ZITO CASTELLANO

www.dnlzito.com

**1250 Connecticut Avenue, NW**　　　　　　　　　　　　　　　　　　　　　　　　　Gran Via 583
**Suite 200**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　5 a planta
**Washington, DC 20036**　　　　　　　　　　　　　　　　　　　　　　　　Barcelona, SPAIN 08011
**202-466-3500**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　34.649.405.498

April 18, 2019

**BY ECF**
Honorable Steven L. Tiscione
United States District Court Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

**Re:**　**Monbo, et al. v. Nathan, et al. Case 1:18-cv-05930-MKB-ST and Oscilloscope Pictures, Inc. v. Monbo, et al. Case 1:17-cv-07458-MKB-ST  -  Contact Information For Pro Se Parties (Pursuant to Minute Entry #64 in Case No. 17-7458-MKB-ST)**

Luiz Felipe de Oliveira, former counsel of Deafueh Monbo and Taje Monbo, Plaintiffs in case CV-18-5930 and Defendants in case CV-17-07458, hereby file a letter with this Court containing *pro see* parties

Deafueh Monbo's and Taje Monbo's contact information:

Deafueh Monbo:
P.O. Box 135
Owings Mills, Maryland 21117
E-mail Address: dmonbo@wptaxgroup.com
Phone Number: 410-207-0242

Taje Monbo:
P.O. Box 441
Owings Mills, Maryland 21117
E-mail Address: N/A
Phone Number: 443-403-9059

Please note that it has been indicated by the referenced parties that Taje Monbo does not use emails.

Respectfully submitted.　　　　　　　　　　DATED: April 18, 2019

　　　　　　　　　　　　　　　　　　　　　　/s/ Luiz Felipe de Oliveira
　　　　　　　　　　　　　　　　　　　　　　Luiz Felipe de Oliveira
　　　　　　　　　　　　　　　　　　　　　　DNL Zito Castellano
　　　　　　　　　　　　　　　　　　　　　　1250 Connecticut Ave., suite 700
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C., 20036