UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSCILLOSCOPE PICTURES, INC., <br><br> Plaintiff, <br> v. <br><br> DEAFUEH MONBO and TAJE MONBO, <br> both individually and doing business as <br> 12 O'CLOCK BOYZ, <br><br> Defendants. | Case No. 17-cv-07458-MKB-ST |

**<u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u>**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff OSCILLOSCOPE PICTURES, INC., and their counsel hereby give notice that the above-captioned action is voluntarily dismissed without prejudice.

Dated: June 14, 2019

                                      MELONI & MCCAFFREY
                                      A Professional Corporation

                                      By: _____
                                            Robert S. Meloni (RM-8087)
                                      3 Columbus Circle, 15th Floor
                                      New York, New York 10036

                                      *Attorneys for Plaintiff Oscilloscope*
                                      *Pictures, Inc.*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on June 14, 2019, the foregoing document is being served on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      David D. Lin, Esq.
      Lewis & Lin, LLC
      81 Prospect Street
      Suite 8001
      Brooklyn, NY 11201
      Email: david@ilawco.com

      *Attorneys for Defendants*


Dated: June 14, 2019

                                                                          By: /s/ Robert S. Meloni